No. 10–10571. DAVIS *v.* HOUSE OF REPRESENTATIVES, ELEANOR HOLMES NORTON'S OFFICE. C. A. D. C. Cir. Certiorari denied.

No. 10–10572. CORONADO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10574. CHOWDHURY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–10577. PLACENCIA-MARQUEZ, AKA MORENO-MARQUEZ, AKA LOPES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10578. NUNEZ-LUNA, AKA NUNEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10579. GOMEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–10582. TOCHOLKE *v.* WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 10–10584. TURNER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–10585. BAUGUS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10587. ALBERTSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10588. FLORES-PRIETO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10590. RAMOS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–10593. GWATHNEY *v.* ZIEGLER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–10594. HERNANDEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–10595. GELIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.